UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 18-00232-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CARLOS A. SPANN (01) | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is Defendant Carlos A. Spann's ("Defendant") *pro se* "Motion for Unredacted 302 Report." Record Document 143. Defendant states that he needs an unredacted copy of the 302 report by the Government's agent "to confirm the information in the [PSR] and also for the filing of [his] objections." Id. at 1.

The Court first notes that it does not disclose unredacted reports without first requesting the Government to submit them for purposes of an *in camera* review, which it has not done here. Furthermore, Defendant has not alleged that the unredacted report contains any Brady, Giglio, or Jencks Act material that would justify its disclosure. See United States v. Jones, No. 09-1567, 2011 WL 13205773, at *2–3 (W.D. Tex. Mar. 18, 2011).

Accordingly,

**IT IS ORDERED** that Defendant's motion is **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 22nd day of August, 2019.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT