UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 18-00232-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CARLOS A. SPANN (01) | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is Defendant Carlos A. Spann's ("Defendant") *pro se* "Motion for Extension of Deadline to File Objections to PSR and Motion for New Trial." Record Document 144. Defendant states in his motion that he is not requesting a new sentencing date. See id. at 2. Upon consideration of the motion,

**IT IS ORDERED** that Defendant will have until **Wednesday, September 18, 2019** to file any objections to the PSR. Defendant's sentencing hearing remains set for **Wednesday, October 23, 2019** at **1:15 p.m.**

**IT IS FURTHER ORDERED** that Defendant's motion is **DENIED** to the extent it requests additional time to file a motion for new trial. Notwithstanding that such motion would be untimely under Federal Rule of Criminal Procedure 33, the instant matter does not involve the sort of "excusable neglect" that would justify an extension of the deadline to file this motion. Pioneer Inv. Services Co. v. Brunswick Associates Ltd. Partnership, 507 U.S. 380, 395, 113 S. Ct. 1489, 1498 (1993).

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 22nd day of August, 2019.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT